## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 565 MAL 2019

           Respondent          :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

         v.                            :

                                      :

                                      :

IAN FRANCIS MITCHELL, PETITONER    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 3rd day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.